IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTE C. DUTKO, Jr., : | |
| Plaintiff : | |
| v. : | Case No. 3:22-cv-19-KAP |
| OFFICER JOSEPH R. MOSER, : | |
| *et al.*, : | |
| Defendants : | |

<u>Memorandum Order</u>

No one has responded to my request that the parties confer and propose a discovery schedule. The alleged facts of this case being relatively simple, the pretrial schedule is as follows:

1. Any motion other than those mentioned in ¶2 and ¶3 below shall be accompanied by a memorandum of law and responded to within twenty days.

2. Discovery shall be completed by February 28, 2023. Discovery motions should succinctly state the matter in dispute and need not be accompanied by any memorandum of law; discovery motions shall be responded to within five days. Absent order to the contrary, the filing of discovery motions shall not stay discovery.

3. Motions for summary judgment shall be filed on or before March 31, 2023. Motions shall be responded to by the opposing party within thirty days.

4. The dates for filing of pretrial statements and trial shall be scheduled after any dispositive motions have been decided.

5. If no summary judgment motions are filed, plaintiff's pretrial statement shall be filed on or before April 15, 2023, and defendants' pretrial statements shall be filed on or before April 30, 2023.

DATE: December 7, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Monte C. Dutko, Jr. 22-0680
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931

1